UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIELLE RENNEE MARAGOS,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | No.   15-CV-67-RMP<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**. The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED:  March 25, 2016

                              SEAN F. McAVOY
                              Clerk of Court

                              By:  *s/Virginia Reisenauer*
                                   Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**